CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 09 2009

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 7:07cr00037 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| BAO Q. LE. | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the government's motion to dismiss is **GRANTED**, Le's motion pursuant to 28 U.S.C. § 2255 is **DISMISSED**; and this action is **STRICKEN** from the docket of this court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 9th day of January, 2009.

_____
United States District Judge